# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 cr 09-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PATRICIA LEIGH DREML. ) | |
| _____ ) | |

**THIS CAUSE** coming on to be heard before the undersigned pursuant to a letter (#229) sent by Defendant to the Clerk of this Court dated November 13, 2013 which the Court has considered as a motion for substitution of counsel. After receiving the letter, the undersigned scheduled a hearing and conducted a hearing concerning the motion on November 20, 2013. Being concerned that confidential communications could be revealed during the hearing of the motion, the undersigned sealed the proceedings and excluded all persons from the courtroom except the Defendant, her attorney and appropriate court personnel. During the conversation that the undersigned conducted with the Defendant, the Defendant advised that she wished to withdraw her request for substitution of counsel. The undersigned questioned Defendant to insure that the decision to withdraw the motion was the independent decision of the Defendant and after being assured by

the Defendant that was the case, the undersigned reopened the courtroom and then granted the request to withdraw her motion for substitution of counsel.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the letter (#229) of Defendant which has been considered as a motion for substitution of counsel is hereby considered to be withdrawn and is **DENIED**.

Signed: November 21, 2013

Dennis L. Howell
United States Magistrate Judge